Michael Charles
ERMATINGER, Appellant,

v.

STATE of Missouri, Respondent.

No. 56094.

Missouri Court of Appeals,
Eastern District,
Division One.

Dec. 5, 1989.

Motion for Rehearing and/or
Transfer to Supreme Court Denied
Jan. 11, 1990.

Application to Transfer Denied
Feb. 13, 1990.

Stormy B. White, Asst. Public Defender, Clayton, for appellant.

William L. Webster, Atty. Gen., Robert V. Franson, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM.

Movant, Michael Ermatinger, appeals the denial of his Rule 29.15 motion without an evidentiary hearing. We affirm. The findings of fact and conclusions of law of the motion court are not clearly erroneous. An extended opinion would be of no precedential value. Rule 84.16(b).